## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ANTHONY ELLIS**          ) | |
| )| |
|     **Plaintiff,**          ) | |
| )| Case:   2:17-cv-02290-DDC-KGS |
| **v.**          ) | |
| )| |
| **CHASE BANK USA, NA,**          ) | |
| )| |
|     **Defendant.**          ) | |

### NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, Anthony Ellis, ("Plaintiff"), by and through his attorney hereby give the Court notice that the parties have reached a settlement in principle and expect to complete settlement and file a stipulation of dismissal no later than January 12, 2018.

                                                  Respectfully submitted,

Dated: December 7, 2017           **THE WILLISTON LAW FIRM, LLC**

                                                  By: *Keith N. Williston*
                                                  Keith N. Williston KS #78645
                                                  201 SE Williamsburg Dr
                                                  Tele:   (913) 207-5450
                                                  WillistonKeith@yahoo.com

                                                  **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2017 I electronically filed the foregoing with the Court which will send notification of the same to all counsels of record.

                                                    */s/ Keith N. Williston*
                                                      Keith N. Williston